IVAN SELIG, Respondent, *v.* EDWIN F. WERRING et al., Individually and as Copartners under the Firm Name of SCHIFF, WERRING & Co., Appellants, Impleaded with Another.

(Submitted May 9, 1932; decided May 13, 1932.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 537.)

JAMES W. McCAFFREY, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Submitted May 13, 1932; decided May 13, 1932.)

Motion for reargument denied and motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended so as to read: " Judgment modified so as to grant a new trial with costs to abide the event, and as so modified, affirmed." (See 259 N. Y. 159.)